IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT W. FOX and JANE L. FOX, :
    Plaintiffs
                            :

v.                            :           CIV. NO. AMD 02-3074

BALTIMORE COUNTY, MD,       :
    Defendant                     :

...o0o...

## JUDGMENT ORDER

For the reasons stated in the foregoing Memorandum, it is this 21st day of October, 2002, by the United States District Court for the District of Maryland, ORDERED

(1)    That defendant's motion to dismiss and plaintiffs' motion for summary judgment are DENIED; and it is further ORDERED

(2)    That AS APPLIED TO PLAINTIFFS UNDER THE UNDISPUTED FACTS AND CIRCUMSTANCES OF THIS CASE, THE PROVISIONS OF THE BALTIMORE COUNTY CODE FOR THE ENFORCEMENT OF RESIDENTIAL DWELLING SAFETY AND APPEARANCE PROVISIONS, INCLUDING THE USE OF THE PRESCRIBED UNIFORM CITATION FORMS WHICH WERE SERVED ON PLAINTIFFS, ARE NOT UNCONSTITUTIONAL; and it is further ORDERED

(3)    That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order and the foregoing Memorandum to all counsel.

_____
ANDRE M. DAVIS
United States District Judge